Delaney, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT C. KUSTER, Appellant.— Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN T. BALLOU, Relator, v. WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

LUCILLE G. SHELDON, as Administratrix, etc., of AMANDA L. GILBERT, Deceased, Appellant, v. ELIZABETH ZIMMER, Respondent. (Appeal No. 1.) — Appeal dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

LUCILLE G. SHELDON, as Administratrix, etc., of AMANDA L. GILBERT, Deceased, Appellant, v. ELIZABETH ZIMMER, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

GEORGE A. THOMPSON and JOHN J. THOMPSON, Respondents, v. AARON RADICK, Appellant.— Order of the County Court of Westchester county affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

FLORA L. VOSE, Respondent, v. JOSEPH C. CONKLING and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

DELIA WACLASKI, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ,

JOSEPH ZUBOW, Respondent, v. MAIN BUILDING COMPANY, INC., and Others, Defendants, Impleaded with ISAAC LEVIN, Appellant.— Order of the County Court of Kings county modified to the extent of permitting the appellant to serve an amended answer within ten days on payment of ten dollars costs; and as so modified the order is affirmed, without costs. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

CHARLES V. BARKER, Appellant, v. FRANCES E. BARKER and Others, Defendants. MAUD ARCHER and Others, Appellants; PAULINE MAY and Others, Respondents.— Motion of plaintiff for leave to appeal to Court of Appeals granted, and the following questions certified: " 5. Is the mortgage for Thirty thousand ($30,000) Dollars held by Pauline May and Nathan Levy as surviving executors of the last will and testament of Marx May, deceased, a valid lien upon the rights and interests of Samuel P. Barker, Jr., in the first parcel of real property described in the complaint ?" Motion of defendant, appellant, Beatrice Arabelle Barker for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.